MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 2/5/2020 |
| Judge: | James S. Gwin |
| Case No.: | 1:19-cv-02293 |
| Court Reporter: | None. |

TARRIFY PROPERTIES, LLC, ET AL.,   )
                                   )
        Plaintiffs,                )
                                   )
vs.                                )
                                   )
CUYAHOGA COUNTY, OHIO,             )
                                   )
        Defendant.                 )

MATTERS CONSIDERED: Status Conference held.

TOTAL TIME: 18 minutes                     s/     Kayla Sartschev
                                           Courtroom Deputy Clerk