IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TARRIFY PROPERTIES, LLC., et al., | ) | CASE NO. 1:19-CV-2293 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER OF REFERRAL TO |
| | ) | MAGISTRATE JUDGE FOR |
| CUYAHOGA COUNTY, OHIO, | ) | MEDIATION/SETTLEMENT |
| | ) | |
| Defendant. | ) | |

The above captioned case is referred to United States Magistrate Judge Jennifer Dowdell Armstrong for mediation. Counsel will receive further instructions from Judge Armstrong's chambers in regard to scheduling.

IT IS SO ORDERED.

Dated: September 30, 2022     *s/     James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE