IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **TARRIFY PROPERTIES, LLC,** *et al.*, | Case No. 1:19-cv-02293 |
| Plaintiffs, | JUDGE JAMES GWIN |
| v. | |
| **CUYAHOGA COUNTY, OHIO** | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tarrify Properties, LLC ("Plaintiff") and Defendant Cuyahoga County, Ohio ("Defendant") through their respective counsel and pursuant to Fed. R. Civ. P. 41, stipulate and agree that any and all claims asserted by, or that could have been asserted by, Plaintiff against Defendant are hereby dismissed, with prejudice.  Each party shall bear its own court costs and attorney's fees.

Respectfully Submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Brian D. Flick (0081605)
DANNLAW
15000 Madison Avenue
Lakewood, Ohio 44107
(216) 373-0539 telephone
notices@dannlaw.com

*Counsel for Plaintiffs and the putative Class*

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2023, a true and correct copy of the *Stipulation of Dismissal with Prejudice* filed electronically and served on the following parties:

David Lambert (0030273)
*dlambert@prosecutor.cuyahogacounty.us*
Charles Hannan (0037153)
*channan@prosecutor.cuyahogacounty.us*
Adam Jutte (0081671)
*ajutte@prosecutor.cuyahogacounty.us*
Assistant Prosecuting Attorneys
The Justice Center, Courts Tower, 8th Floor
1200 Ontario Street
Cleveland, Ohio 44113

Stephen W. Funk (0058506)
*sfunk@ralaw.com*
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308

*/s/ Marc E. Dann*
Marc E. Dann (0039425)